UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LORRAINE McDANIELS, | 3:10-cv-00665-LRH-VPC |
| Plaintiff, | |
| | MINUTE ORDER |
| vs. | |
| | April 25, 2011 |
| STATE OF NEVADA, ex rel., its DEPARTMENT OF MOTOR VEHICLES & PUBLIC SAFETY, a government entity, | |
| Defendants. | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: NONE APPEARING        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):         NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

     Before the court is Plaintiff Lorraine McDaniels' Motion to Extend Time Regarding Deadline for Proof of Service (#5) and the State of Nevada Department of Motor Vehicles & Public Safety's Motion to Dismiss (#6).

     It appearing to the court that error in service was unintentional, and that there is no time prejudice to the State of Nevada Department of Motor Vehicles & Public Safety given that the Attorney General was on notice, and good cause appearing,

     Plaintiff Lorraine McDaniels' Motion to Extend Time Regarding Deadline for Proof of Service (#5) is GRANTED and the State of Nevada Department of Motor Vehicles & Public Safety's Motion to Dismiss (#6) is DENIED.  Plaintiff shall have 30 days from the date of this order to serve the unserved party.

     IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:  /s/
    Deputy Clerk