AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

LORRAINE McDANIELS,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:   3:10-cv-00665-LRH-VPC

STATE OF NEVADA
DEPARTMENT OF MOTOR
VEHICLES & PUBLIC SAFETY, et al.,

      Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Department of Motor Vehicles and Public Safety's Motion for Summary Judgment (#31) is GRANTED and judgment is entered in favor of the DMV.

July 2, 2013        **LANCE S. WILSON**
       Clerk

       /s/ K. Rusin
       Deputy Clerk